JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Juvencio Vazquez Morales,<br>Petitioner,<br>v.<br>Facility Administrator, Desert View Annex, Adelanto ICE Processing Center; Field Office Director, U.S. Immigration and Customs Enforcement, Los Angeles Field Office; David Venturella, Acting Director, U.S. Immigration and Customs Enforcement; Markwayne Mullin Secretary of Homeland Security; Todd Blanche Acting Attorney General of the United States,<br>Respondents. | Case No. 5:26-cv-03825-SSS-BFM<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (Dkt. No. 1) is granted as to Petitioner's Claim for Relief regarding violation of the Fifth Amendment, and Respondents are ordered to release Petitioner forthwith.

The Court DIRECTS the Clerk to close this case.

DATED: July 15, 2026

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE